### CLARK v. SPRAGUE et al.

(Supreme Court, Appellate Division, Second Department. June 8, 1906.)

Appeal from Special Term, Kings County.

Action by Florence S. Clark against Elizabeth H. Sprague and others for partition. The premises were sold, and William G. Schmidt and others purchased at the sale. From an order requiring the purchasers to complete their purchase, they appeal. Affirmed.

Argued before HIRSCHBERG, P. J., and WOODWARD, JENKS, HOOKER, and MILLER, JJ.

PER CURIAM. Order affirmed, with $10 costs and disbursements, on authority of Clark v. Sprague (decided herewith) 99 N. Y. Supp. 304.

---

### MITTENDORF v. DUNSCOMB et al.

(Supreme Court, Appellate Division, Second Department. June 8, 1906.)

TAXATION—ERRONEOUS ASSESSMENT.
 An assessment on the nonresident list of land occupied by a resident is void.

Appeal from Special Term, Westchester County.

Action by William F. Mittendorf against S. Whitney Dunscomb, Jr., and others. From a judgment for defendants, plaintiff appeals. Reversed.

Suit to cancel a lease of land for nonpayment of taxes.
The land was assessed on the nonresident list for 1898 in the town of Cortlandt, Westchester county. The owner resided in the city of New York, but the land was occupied by a resident of the town.

Argued before WOODWARD, JENKS, HOOKER, RICH, and GAYNOR, JJ.

Nathan P. Bushnell, for appellant.
S. Whitney Dunscomb, Jr., for respondents.

GAYNOR, J. An assessment on the nonresident list of land occupied by a resident is void. Stewart v. Crysler, 100 N. Y. 378, 3 N. E. 471.

The judgment should be reversed.

Judgment reversed, and new trial granted; costs to abide the event. All concur.

---

### CITY OF NEW YORK v. VANDEWATER.

(Supreme Court, Appellate Division, Second Department. June 8, 1906.)

1. LICENSES—POWER TO IMPOSE—JUNK DEALERS.
 The requirement of a license from a junk dealer is a legitimate exercise of the police power.
 [Ed. Note.—For cases in point, see vol. 32, Cent. Dig. Licenses, §§ 7, 38.]